UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES B. CRAWFORD,                )
                                  )
            Petitioner,           )
                                  )
    v.                            )      Civil Action No.   11 0316
                                  )
D.B. DREW,                        )
                                  )
            Respondent.           )
_____)

## MEMORANDUM OPINION

This matter comes before the Court upon review of petitioner's application for leave to proceed *in forma pauperis* and *pro se* petition for a writ of habeas corpus. The application will be granted and the petition will be dismissed.

The instant petition is substantially similar to that filed in a prior habeas action, *Crawford v. Drew*, No. 09-2447, 2009 WL 5173506 (D.D.C. Dec. 30, 2009), and it, too, must be dismissed because a motion in the Superior Court of the District of Columbia under D.C. Code. § 23-110 is petitioner's means of challenging his conviction and sentence. *See id.* "The mere denial of relief by the local court[] does not render the local remedy inadequate or ineffective." *Id.*, 2009 WL 5173506, at *2 (citations omitted).

An Order consistent with this Memorandum Opinion is issued separately on this same date.

_____
United States District Judge

DATE: 1/24/11